**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FERNANDO NANO MUNGUIA,

Defendant.

CR-24-65-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 15, 2026. (Doc.72.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on September 15, 2026. (Doc. 69.) The United States accused Fernando Mungia (Mungia) of violating the conditions of his supervised release by: (1) failing to comply with the rules and regulations of his residential reentry center placement between April and June of 2026; and (2) failing to reside at a residence approved by his probation officer by failing to return to his residential reentry placement on June 28, 2026, with is whereabouts unknown since that time by: (3) being terminated from his residential reentry placement on June 28, 2026; and (4) committing another federal, state, or local crime by being charged on August 20, 2026, in Yellowstone County District Court with the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont. Code Ann. § 45-9-102. (Docs. 60 and 68.)

At the revocation hearings Mungia admitted that he had violated the conditions of supervised release 1-3 as set forth in the Second Amended Petition. The Government moved to dismiss allegation 4, which Judge Johnston granted. (Doc. 137.) Judge Johnston recommended that Mungia be sentenced to a term of custody of 4 months with 32 supervised release to follow on both Counts. (Doc.72.)

The violations Mungia admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 72) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Fernando Mungia be sentenced to a term of custody of 4 months with 32 months of supervised release to follow on both Counts.

DATED this 7th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts